IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | 1:03CR00129-001 |
| ORENTHEL JAMES FRANCOIS | * | |

### SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary imposition(s) only.

                                        Respectfully submitted,

                                        MATTHEW D. ORWIG
                                        UNITED STATES ATTORNEY

                                        By: /s/Suellen Ratliff
                                              SUELLEN RATLIFF
                                              Assistant U.S. Attorney
                                              Texas Bar No. 24034645
                                              110 N. College, Suite 700
                                              Tyler, Texas 75702
                                              Phone (903) 590-1400
                                              Email: suellen.ratliff@usdoj.gov

DATED: November 17, 2005